UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80163-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JORGE OSVALDO PAGAN,

    Defendant.
_____/

**ORDER AFFIRMING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION**

**THIS CAUSE** came before the court upon the Report and Recommendation Regarding Defendant's Competency issued by United States Magistrate Judge William Matthewman on December 28, 2016 [DE 23].

The court has considered the Report and Recommendation, the sealed Forensic Evaluation [DE 25] and being otherwise fully advised in the premises it is

**ORDERED and ADJUDGED** that the United States Magistrate's Report and Recommendation is **ADOPTED AND AFFIRMED**. The Defendant is hereby found competent.

**DONE and ORDERED** in West Palm Beach, this 30th day of January, 2017.

                                            **KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE**

cc:    All counsel